**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF SEPTEMBER 23, 2014**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
WD75728     Wilber Mateo vs. State of Missouri
WD77129     Jacqueline Easley vs. Division of Employment Security

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**

WD76216     State of Missouri vs. Ramone D. Winters